IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| CLAYTON PARSONS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 13-6050-CV-SJ-ODS |
|  | ) |  |
| DARREN WHITE, DAVE GLIDDEN and SAM MERIT, | ) ) | |
|  | ) |  |
| Defendants. | ) |  |

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Plaintiff filed his state-court Petition (hereinafter "the Complaint") on February 25, 2013. Defendants removed the case to federal court on April 2, 2013. On April 3, 2013, Defendants filed a Motion to Dismiss. (Doc. # 6). On May 23, 2013, this Court entered an Order deferring consideration of Defendants' Motion to Dismiss and directed Plaintiff to file an Amended Complaint on or before June 6, 2013. (Doc. # 11). Plaintiff has failed to file an Amended Complaint and the time for doing so has passed. As discussed in the Court's May 23rd Order, the Complaint includes conclusory allegations, insufficient facts to support his theory that he was denied medical care, and does not put Defendants on notice of what claims he is asserting. According, to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court grants Defendants' Motion to Dismiss.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: June 17, 2013                               UNITED STATES DISTRICT COURT